The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN TAVARES,<br><br>Defendant. | No. CR1-205-RSL<br><br>(~~PROPOSED~~) ORDER GRANTING MOTION TO MODIFY STANDARD CONDITION OF JUDGMENT |

THE COURT has considered the defendant's unopposed motion to modify the special condition of his Judgment, Dkt. 225, and all the records and files in this case.

THE COURT FINDS that the modification request is appropriate and consistent with the applicable provisions of 18 U.S.C. §§ 3553 and 3583(e)(2).

IT IS HEREBY ORDERED that the Judgment is modified as follows:

- DELETE: The defendant shall not associate with any known 'Waco" gang members;
- ADD: The defendant shall not associate with any known 'Waco" gang members unless granted permission to do so by the probation officer.

DATED this ___14th___ day of March, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer E. Wellman*
Assistant Federal Public Defender
Attorney for Jonathan Tavares

ORDER TO MODIFY STANDARD
CONDITION OF JUDGMENT
(*Jonathan Tavares*; CR10-205RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100