THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN TAVARES,<br><br>　　　　Defendant. | No. CR 10-205-RSL<br><br>(PROPOSED) ORDER TO SEAL DOCUMENT |

THIS MATTER has come before the undersigned on the motion of the defendant, Jonathan Tavares, to file his Motion to Terminate Supervised Release (Dkt. 234), under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS SO ORDERED.

DONE this 31st day of October, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer E. Wellman*
Federal Public Defender
Attorney for Jonathan Tavares

ORDER TO SEAL DOCUMENT
(Jonathan Tavares; CR10-205RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100